IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUELINE M. SAAVEDRA,

        Plaintiff,

  vs.                                                                       No. CIV 08-240 WJ/LFG

J. WAYNE GRIEGO,

        Defendant.

## ORDER LIFTING STAY OF DISCOVERY AND SETTING NEW CASE MANAGEMENT DEADLINES

THIS MATTER comes before the Court *sua sponte*. The Complaint in this case was filed on March 7, 2008. On June 27, 2008, the Court conducted a scheduling conference and entered a Scheduling Order [Doc. 11], setting the case on a "Standard" track classification and establishing case management deadlines. On September 17, 2008, the Court entered an Order Staying Discovery [Doc. 34] during pendency of Defendants' various Motions to Dismiss, in which they asserted Eleventh Amendment and qualified immunity.

On February 19, 2009, U.S. District Judge William P. Johnson granted Bernalillo County Metropolitan Court's Motion to Dismiss, and that Defendant is no longer a party to this case. On June 9, 2009, Judge Johnson entered a Memorandum Opinion Order [Doc. 48], granting in part and denying in part Defendant Griego's Motion to Dismiss, leaving intact two of Plaintiff's constitutional claims against that Defendant. All dispositive motions having been resolved, on June 10, 2009, the undersigned Magistrate Judge set a status conference with counsel for both parties, for the purpose of determining where the case stands and directing that discovery be resumed, if warranted.

The Court determines that the stay of discovery should now be lifted. The dispositive motions asserting immunity having now been resolved,

IT IS THEREFORE ORDERED that the Stay of Discovery entered on September 17, 2008 is lifted.

IT IS FURTHER ORDERED that the period for discovery and other case management deadlines will resume where they left off on September 17, 2008.  At that time, the Scheduling Order had been in effect for 81 days.  New case management deadlines are therefore as follows:

| | |
|---|---|
| Termination for discovery | September 15, 2009 |
| Motions relating to discovery filed by | October 5, 2009 |
| Pretrial motions, other than discovery motions, shall be filed with the Court no later than | October 15, 2009 |
| Pretrial Order: |  |
|    Plaintiff's portion to Defendants | December 1, 2009 |
|    Defendant to the Court on or before | December 15, 2009 |

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge