IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUELINE M. SAAVEDRA,

        Plaintiff,

vs.                                                                                      No. CIV 08-240 WJ/LFG

J. WAYNE GRIEGO,

        Defendant.

## ORDER GRANTING STIPULATED MOTION
## TO OBTAIN FINANCIAL RECORDS OF PLAINTIFF

THIS MATTER comes before the Court on Defendant J. Wayne Griego's Stipulated Motion to Obtain Financial Records of Plaintiff from Transunion and Experian [Doc. 87].

In his Motion, Defendant asserts that Plaintiff's credit history is at issue in this case and that, without a court order, Transunion and Experian refuse to respond to Defendant's subpoena to provide Plaintiff's credit report. Plaintiff does not oppose the motion.

Defendant having shown good cause and Plaintiff having stipulated thereto,

IT IS THEREFORE ORDERED that Defendant's Stipulated Motion to Obtain Financial Records of Plaintiff [Doc. 87] is granted and the non-parties, upon whom the subpoenas referenced in Defendant's Motion were served, shall respond in accord with the terms of the subpoenas.

                                                                          *Lorenzo F. Garcia*
                                                                          Lorenzo F. Garcia
                                                                          United States Magistrate Judge